IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL MASSEL,

    *Plaintiff*,

v.

No. 23-cv-01521

FORIS DAX, INC. D/B/A CRYPTO.COM,

    *Defendant*.

_____

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Michael Massel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the instant action. All claims of Plaintiff Michael Massel, individually, are hereby dismissed <u>with</u> prejudice.

Respectfully Submitted By:

**FRADIN LAW**
**Attorney for Plaintiff**
By: */s/ Michael L. Fradin*_____
Michael L. Fradin #6289502
8401 Crawford Ave. Suite 104
Skokie, IL 60076
P: 847-986-5889
F. 847-673-1228
mike@fradinlaw.com